# CENTER for JUDICIAL ACCOUNTABILITY, INC.

*Post Office Box 8101*              *Tel.  (914)421-1200*              *E-Mail:*  *mail@judgewatch.org*
*White Plains, New York  10602*                                        *Website:*  *www.judgewatch.org*

December 5, 2025

TO:        U.S. District Court Judge Kenneth Karas

FROM:      Elena Sassower, Plaintiff *Pro Se*

RE:        *CJA, et al. v. LCA, et al.*  (25-CV-8370)
           Plaintiffs' November 19th Letter "Questions Concerning the Court's *sua sponte*
           November 13th Order – & Three Requests Pertaining Thereto"

I am the *pro se* individual plaintiff in the above-entitled lawsuit – and am writing because I have
received no response from the Court to my November 19th letter.

Is the Court granting – as I have assumed – my requests:

- for a 30-day extension to January 14, 2026 of the December 15, 2025 date for
  plaintiffs to show cause why their verified amended complaint should not be
  dismissed for lack of subject matter jurisdiction, directed by the Court's *sua sponte*
  November 13th Order;

- for an extension of plaintiffs' time to serve their verified amended complaint upon
  defendants from January 6, 2026 to 30 days from the date of the Court's decision
  on plaintiffs' show cause submission.

Please advise so that I do not misapprehend the situation and may know how to proceed.

Thank you.

                              s/Elena Sassower