UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,
*acting on their own behalf and on behalf of the People
of the State of New York & the Public Interest,*

                                            Plaintiffs,

                  -against-

LEGISLATIVE CORRESPONDENTS ASSOCIATION, Inc.,
     [and 33 other defendants]
*being representative of other New York & national media,*

                                        Defendants.

25-CV-8370

Motion for Admission
*Pro Hac Vice*

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, GARY L. ZERMAN, ESQ. hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiff CENTER FOR JUDICIAL ACCOUNTABILITY, Inc., in the above-captioned action.

I am in good standing of the bars of the states of California and Arizona and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached my affidavit pursuant to Local Rule 1.3 and a proposed order.

January 20, 2026

                              Respectfully Submitted,

                              GARY L. ZERMAN, ESQ.
                              23935 Philbrook Avenue
                              Valencia, California  91354
                              (661) 259-2570
                              zerman243@gmail.com

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,
*acting on their own behalf and on behalf of the People
of the State of New York & the Public Interest,*

                                        Plaintiffs,

              -against-

LEGISLATIVE CORRESPONDENTS ASSOCIATION, Inc.,
    [and 33 other defendants]
*being representative of other New York & national media,*

                                         Defendants.

25-CV-8370

<u>Affidavit for Admission</u>
*<u>Pro Hac Vice</u>*

---

STATE OF CALIFORNIA      )
COUNTY OF LOS ANGELES   ) ss:

GARY L. ZERMAN, being duly sworn, deposes and says:

1.     I am an attorney duly licensed to practice law before the courts of the State of California and submit this affidavit in support of my motion to appear *Pro Hac Vice* before this Court as counsel to Plaintiff CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.

2.     I have been a member of the California bar since February 7, 1984, have practiced continually ever since, and have been in good standing throughout. Attached is a Certificate of Good Standing of the California Supreme Court, issued by the Clerk on December 24, 2025.[1]

3.     I am also a member of the United States District Courts of California, Central District, Northern District, and Eastern District, and the Ninth Circuit Court of Appeal and in good standing in each.

---

[1]    I am additionally a member of the Arizona State Bar, though I have not practiced there. Attached are the Certificates of Good Standing of the Arizona Supreme Court, issued by its Disciplinary Clerk on January 2, 2026, and by its Clerk on January 12, 2026 – and *Pro Se* Plaintiff Sassower's January 15, 2026 letter to this Court's Clerk's Office with respect to same.

4.    I have never been convicted of a felony.

5.    I have never been censured, suspended, disbarred or denied admission or readmission by any court or bar.

6.    There are no disciplinary proceedings pending against me.

GARY L. ZERMAN, ESQ.

Sworn to before me this
20th day of January 2026

Notary Public

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

See Attached Document
for Seal

**CALIFORNIA ACKNOWLEDGMENT**                                        CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of __Los Angeles__ }

On __January 20, 2026__ before me, _____Kathleen M. Baca, Notary Public_____,
    *Date*                                    *Here Insert Name and Title of the Officer*

personally appeared _____Gary LN Zerman_____
                                    *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

KATHLEEN M. BACA
Notary Public - California
Los Angeles County
Commission # 2458414
My Comm. Expires Aug 8, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Place Notary Seal and/or Stamp Above*                    *Signature of Notary Public*

--- OPTIONAL ---

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Afficlavit__

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____        Signer's Name: _____
☐ Corporate Officer – Title(s): _____        ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General        ☐ Partner – ☐ Limited ☐ General
☐ Individual        ☐ Attorney in Fact        ☐ Individual        ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator        ☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____        ☐ Other: _____
Signer is Representing: _____        Signer is Representing: _____

---

©2019 National Notary Association



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### GARY LN ZERMAN

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby certify that GARY LN ZERMAN, # 112825, was on the 7th day of February 1984, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 24th day of December 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By:_____
*Biying Jia, Deputy Clerk*



# Supreme Court

**STATE OF ARIZONA**
ADMINISTRATIVE OFFICE OF THE COURTS

**ANN A. SCOTT TIMMER**
CHIEF JUSTICE

**DAVID K. BYERS**
ADMINISTRATIVE DIRECTOR
OF THE COURTS

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **GARY L ZERMAN,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on March 4, 1985, and is now, as of the date of this Certificate, an inactive member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 01-02-2026 _____

*Mark McCall*
Mark McCall
Associate Disciplinary Clerk

COGS35487445EDOC

1501 WEST WASHINGTON STREET • PHOENIX, ARIZONA 85007-3222 • 602-542-3300 (TDD) 602-452-3545

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
### OF THE
### STATE OF ARIZONA

---

*I, Aaron C. Nash, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the State Bar of Arizona*

### GARY L. ZERMAN

*was on the 4th day of March, 1985 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as a member of the Bar in good standing, and in the records of the State Bar of Arizona as an inactive member in good standing.*

*Given under my hand and the seal of said Court this 12th day of January, 2026.*

*AARON C. NASH, Clerk*

By ____Ana Ramirez____

Ana Ramirez
Deputy Clerk III

# CENTER for JUDICIAL ACCOUNTABILITY, INC.

| | | |
|---|---|---|
| *Post Office Box 8101* | *Tel. (914)421-1200* | *E-Mail:* **mail@judgewatch.org** |
| *White Plains, New York 10602* | | *Website:* **www.judgewatch.org** |

January 15, 2026

TO:      Clerk's Office/U.S. District Court for the Southern District of New York

FROM:    Elena Sassower, Plaintiff *Pro Se*

RE:      *CJA, et al. v. LCA, et al.*  (25-CV-8370)
         GOOD NEWS: Upcoming Refiling of *Pro Hac Vice* Motion
         of Plaintiff CJA Counsel Gary Zerman, Esq.


This is to apprise the Clerk's Office of the diligent efforts that Plaintiff CJA Counsel Gary Zerman, Esq. has been making to obtain his Certificate of Good Standing from the Arizona Supreme Court.

In response to the Clerk's Office's January 7, 2026 Notice that Mr. Zerman's *Pro Hac Vice* Motion was deficient for failure to annex the Arizona Certificate of Good Standing – a deficiency Mr. Zerman's January 5th Affidavit for Admission had itself identified in its footnote 1, which had stated:

> "I am additionally a member of the Arizona State Bar, though I have not practiced there.  The Certificate of Good Standing that I ordered and paid for has not yet arrived.  Upon receipt, I will furnish it to the Court" –

he promptly called the Arizona Supreme Court Clerk's Office – and called again on Monday, January 12th, when he had still not received it.  He has today been informed that it was mailed to him on Tuesday, January 13th.  Upon its receipt, he will add same to his Motion and modify his Affidavit accordingly.

By way of comparison, Mr. Zerman mailed his request to the California Supreme Court for a Certificate of Good Standing on the same December 22, 2025 date as he mailed his request to the Arizona Supreme Court.  The fee for the California Certificate was $1 – and the California Supreme Court Clerk's Office mailed the Certificate back to him on December 24th, in the self-addressed, postage-paid envelope he had provided.  The fee for the Arizona Certificate was $17

Thank you.

                              s/Elena Sassower


cc: Gary Zerman, Esq.

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc.
and ELENA RUTH SASSOWER, individually and
as director of the Center for Judicial Accountability, Inc.,                25-CV-8370
*acting on their own behalf and on behalf of the People*
*of the State of New York & the Public Interest*,

                                                        Plaintiffs,

                                                                    ORDER FOR ADMISSION
                                                                    *PRO HAC VICE*
                    -against-

LEGISLATIVE CORRESPONDENTS ASSOCIATION, Inc.,
        [and 33 other defendants]
*being representative of other New York & national media*,

                                                        Defendants.

The motion of GARY L. ZERMAN, ESQ. for admission to practice *Pro Hac Vice* in the

above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of

California and Arizona; and that his contact information is as follows:

> GARY L. ZERMAN, ESQ.
> 23935 Philbrook Avenue
> Valencia, California  91354
> (661) 259-2570
> gzerman243@gmail.com

Applicant having requested admission *Pro Hac Vice* for all purposes as counsel for Plaintiff

CENTER FOR JUDICIAL ACCOUNTABILITY, Inc. in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the

above-entitled case in the United States District Court for the Southern District of New York.  All

attorneys appearing before this Court are subject to the Local Rules of this Court, including the

Rules governing discipline of attorneys.

Dated:

_____
KENNETH M.  KARAS
UNITED STATES DISTRICT JUDGE